HARVEY P. SACKETT (72488)

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CALAMATEOS, | Case No: CV10-02900 LHK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Thursday, December 23, 2010 in which to e-file her Motion for Summary Judgment.  This extension is necessitated due to Plaintiff's counsel's absence from the Bay Area for the latter part of November.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: November 17, 2010 | /s/<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| Dated: November 17, 2010 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MARIA CALAMATEOS |

IT IS SO ORDERED.

Dated:  November 22, 2010

*Lucy H. Koh* (signature)
HON. LUCY H. KOH
United States District Judge

2

STIPULATION AND ORDER