UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA CALAMATEOS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>　　　　　　Defendant. | Case No.: 10-CV-02900-LHK<br><br>ORDER PERMITTING AMENDED COMPLAINT; MODIFYING BRIEFING SCHEDULE |

On December 21, 2010, the parties stipulated to allow Plaintiff Maria Calamateos to file an amended complaint in the instant Social Security appeal. Pursuant to the parties' stipulation, the Court grants Plaintiff leave to amend. Additionally, the Court makes the following modifications to the schedule set by the Social Security Procedural Order:

(1) Defendant shall file an amended answer within 30 days of this Order;

(2) Plaintiff shall serve and file a motion for summary judgment or remand within 30 days of service of Defendant's amended answer;

(3) Defendant shall serve and file any opposition or counter-motion within 30 days of service of Plaintiff's motion;

(4) Plaintiff may serve and file a reply within 14 days of service of Defendant's opposition or counter-motion.

**IT IS SO ORDERED.**

Dated: December 22, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02900-LHK
ORDER PERMITTING AMENDED COMPLAINT; MODIFYING BRIEFING SCHEDULE