1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                 UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 MARIA CALAMATEOS,              )
                                  )       CIVIL NO. C10-02900 LHK
12      Plaintiff,                )
                                  )
13         v.                     )       STIPULATION AND ORDER FOR
                                  )       EXTENSION
14 MICHAEL J. ASTRUE,             )
   Acting Commissioner of         )
15 Social Security,               )
                                  )
16      Defendant.                )
   _____ )
17

18       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

19 of the Court, that the Commissioner have a 30-day extension of time in which to Plaintiff's Amended

20 Complaint, up to and including February 22, 2011 (day 30 falls on a Sunday and the following Monday is

21 a federal holiday).  This extension is being sought because the undersigned Counsel for the Commissioner

22 is attempting to seek permission from her client to voluntarily remand this matter to the Agency for further

23 proceedings.  The process for seeking permission requires coordination with another component of the

24 Social Security Administration and said component has recently undergone significant staffing changes.

25 In order to ensure Defendant has enough time to properly consider this matter, Counsel is seeking 30 days

26 ///

27 ///

28 ///

to respond to Plaintiff's Amended Complaint.

Dated: January 20, 2011   /s/ *Harvey P. Sackett*
  (*As authorized via telephone*)
  HARVEY P. SACKETT
  Attorney for Plaintiff

  MELINDA L. HAAG
  United States Attorney

Dated: January 20, 2011   By: /s/ *Elizabeth Firer*
  ELIZABETH FIRER
  Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including February 22, 2011, to respond to Plaintiff's Amended Complaint.

Dated: January 21, 2011   _____
  LUCY H. KOH
  United States District Judge

2