1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 MARIA CALAMATEOS,                )
                                    )      CIVIL NO. C10-02900 LHK
12        Plaintiff,                )
                                    )
13        v.                        )      STIPULATION AND ORDER FOR
                                    )      EXTENSION
14 MICHAEL J. ASTRUE,               )
   Acting Commissioner of          )
15 Social Security,                 )
                                    )
16        Defendant.                )
                                    )
17 _____)

18
19        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that the Commissioner have a second, 7-day extension of time in which to Plaintiff's Amended

21 Complaint, up to and including March 1, 2011.  This extension is being sought because the parties agree that

22 this matter should be voluntarily remanded, but, due to scheduling issues, need more time to agree on the

23 language of the remand.

24        The Commissioner had previously been granted a 30-day extension of time to confer with her client

25 about remand, but that process took longer than expected for several reasons. These reasons include a

26 rearranging of the people in the Commissioner's Court Case Preparation and Review Branch (CCPRB)

27 responsible for reviewing cases that originate in the Ninth Circuit, a week-long illness of the CCPRB analyst

28 assigned to this case and the fact that the undersigned attorney for the Commissioner had to seek further

   review after receiving the analyst's first response to her request for remand.  The parties began discussing

the language of the remand on Friday, February 11, 2011, but counsel for Plaintiff was on the East Coast and counsel for the Commissioner was, and still is, completing a Ninth Circuit brief that cannot be further extended.  Accordingly, the parties agreed to seek a short extension in order to continue their discussion.

Dated:  February 22, 2011                    /s/ *Harvey P. Sackett*
                                              *(As authorized via email*)
                                             HARVEY P. SACKETT
                                             Attorney for Plaintiff


                                             MELINDA L. HAAG
                                             United States Attorney


Dated:  February 22, 2011            By: /s/ *Elizabeth Firer*
                                             ELIZABETH FIRER
                                             Special Assistant United States Attorney



PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including March 1, 2011, to respond to Plaintiff's Amended Complaint.



Dated:  February 23, 2011
_____

                                             LUCY H. KOH
                                             United States District Judge

2