UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARIA CALAMATEOS, | ) | Case No.: 10-CV-02900-LHK |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the stipulation and order entered today, this action is remanded to the Defendant, Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g) for further proceedings. Accordingly, this constitutes a final judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 3, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02900-LHK
JUDGMENT