```
MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

       333 Market Street, Suite 1500
       San Francisco, California 94105
       Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
       Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARIA CALAMATEOS,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C10-02900 LHK<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of ONE THOUSAND DOLLARS ($1000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).  Additionally, the Commissioner is waiving the time requirement for filing an EAJA application in this case based on factors specific to this case only.  This agreement should not be construed as a general waiver of timeliness.

   After the Court issues an order for EAJA fees and expenses to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of

the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the Government will determine whether they are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses and costs to be made directly to Harvey P. Sackett, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: June 10, 2011          /s/ *Harvey P. Sackett*
                              *(As authorized via email*)
                              HARVEY P. SACKETT
                              Sackett and Associates
                              1055 Lincoln Avenue
                              P.O. Box 5025
                              San Jose, CA 95150-5025
                              Attorney for Plaintiff

                              MELINDA L. HAAG
                              United States Attorney

Dated: June 10, 2011   By:    /s/ *Elizabeth Firer*
                              ELIZABETH FIRER
                              Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of ONE THOUSAND DOLLARS ($1000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above referenced Stipulation.

Dated: June 15, 2011                    _____
                                        LUCY H. KOH
                                        United States District Judge